UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

STUART ALEXANDER,

        Plaintiff,

v.                               Case No. 3:07-cv-451-J-32HTS

JAMES MCDONOUGH, et al.,

        Defendants.

## ORDER TO SHOW CAUSE

On October 29, 2007, the Court granted Plaintiff's October 15, 2007, Motion for Exten[s]ion of Time to Prefect [sic] and Furnish Petitioner's Amended Title 42 USC § 1983 Complaint (Doc. #13) and ordered Plaintiff to file his amended complaint within thirty days. As of the date of this Order, Plaintiff has not responded. Plaintiff shall show cause, within **THIRTY (30) DAYS** from the date of this Order, why this case should not be dismissed for lack of prosecution. See Local Rule 3.10(a). Failure to respond to the Court's order of October 29, 2007, and to show satisfactory cause for his initial failure to respond to that Court order may result in the **dismissal** of this action without further notice.

**DONE AND ORDERED** at Jacksonville, Florida, this 10th day of December, 2007.

                                      /s/       Howard T. Snyder
                                    HOWARD T. SNYDER
                                    UNITED STATES MAGISTRATE JUDGE

ps 12/7
c:
Stuart Alexander